JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE POMERANCE, | No.    CV 09–1858 PA (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| DESERT GLORY, LTD.; DESERT GLORY MANAGEMENT, INC., | |
| Defendants. | |

In accordance with the Court's July 6, 2009 Order granting the motion to dismiss filed by defendants Desert Glory, Ltd. and Desert Glory Management, Inc. ("Defendants") and giving plaintiff Pauline Pomerance ("Plaintiff") leave to amend four of her five claims, Plaintiff's July 10, 2009 Notice of Intent Not to File Amended Complaint, and the Court's July 6, 2009 Order dismissing Plaintiff's case with prejudice, there are no remaining claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1.    Plaintiff shall recover nothing from Defendants;

2.    Defendants shall have judgment in their favor; and

1       3.      Defendants shall recover their costs of suit.

2      The Clerk is ordered to enter this Judgment.

3

4  DATED: December 16, 2009

5                                Percy Anderson
                          UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28